UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE HILL,<br>　　　　　Petitioner,<br>　　v.<br>DAVID BAUGHMAN, Warden,<br>　　　　　Respondent. | Case No. 18-cv-06928-YGR  (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order Regarding Petitioner's *In Forma Pauperis* Motion; and Dismissing Petition as Successive,

IT IS ORDERED AND ADJUDGED

That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

IT IS SO ORDERED.

Dated: March 12, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge